UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 08-CR-14005-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

ANTHONY PASCHAL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("the Petition") filed by the United States Probation Office **[ECF No. 49]** on May 19, 2023.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on March 8, 2024 **[ECF No. 62]**. A Report and Recommendation was filed on March 8, 2024, recommending that the Defendant's admission of guilt as to Violation 1 of the Petition be accepted **[ECF No. 63]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 63]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violation 1 of the Petition. Violation 1 charges Defendant with violating his supervision by failing to refrain from violation of the law on or about May 7, 2023, in St. Lucie County, Florida, when the Defendant committed the offense of Battery-Touch or Strike, contrary to Florida Statute 784.03(1)(A)(1). Therefore, Defendant has been found to violate one of the mandatory conditions of his supervised release, and a Final Revocation of

Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Friday, April 5, 2024, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 25 day of March, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office